# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 6, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

150348(126)

BP1, LLC,

   Plaintiff-Appellant,

              SC: 150348

v               COA: 312579

              Oakland CC: 2009-099741-CZ

COVENTRY REAL ESTATE FUND II, LLC,
DDR CORPORATION, a/k/a DEVELOPERS
DIVERSIFIED REALTY CORPORATION,
COVENTRY II DDR BLOOMFIELD, LLC,
and COVENTRY II DDR HARBOR
BLOOMFIELD PHASE 1, LLC,

     Defendants-Appellees.

_____/

   On order of the Chief Justice, the motion of plaintiff-appellant to extend the time for filing its reply in support of the application for leave to appeal is GRANTED. The reply submitted on December 29, 2014, is accepted for filing.



   I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

    January 6, 2015       

                 Clerk